# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHNNY KAJITANI, JR.,<br><br>Defendant. | Case No. 1:18-cr-00120-DAD-BAM<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW<br><br>(ECF No. 22) |

On July 2, 2018, Defendant Johnny Kajitani, Jr. filed a motion for bail review and release on conditions. On July 6, 2018, the government filed a response to Defendant's motion.

A hearing on Defendant's motion was held on July 9, 2018. Defendant appeared in custody with counsel Michael Berdinella. Counsel Laura Withers appeared for the government. The hearing was continued to July 18, 2018, for pretrial services to interview Defendant.

On July 18, 2018, Defendant appeared in custody with counsel Michael Berdinella. Counsel Laura Withers appeared for the government. Having considered the moving papers, the government's response, and the arguments presented at the July 9, 2018 and July 18, 2018 hearings, the Court shall deny Defendant's motion for bail review for the reasons stated on the record, including his lack of candor to the pretrial services officer, the contradictory evidence and his past inability to abide by previous conditions imposed on him by the court when

released.

For the reasons stated on the record, Defendant's proposed new conditions, along with the additional conditions, do not ensure the Defendant's appearance or the safety of the community. Therefore, Defendant's motion for bail review and release on conditions is DENIED.

IT IS SO ORDERED.

Dated: __July 19, 2018__

UNITED STATES MAGISTRATE JUDGE