| | |
|---|---|
| 1 | MCGREGOR W. SCOTT <br> United States Attorney |
| 2 | LAURA D. WITHERS <br> Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 <br> Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 <br> Facsimile: (559) 497-4099 |
| 5 | |
| 6 | Attorneys for Plaintiff <br> United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-CR-00120 DAD-BAM |
| Plaintiff, | STIPULATION AND PROTECTIVE ORDER BETWEEN THE UNITED STATES AND DEFENDANT JOHNNY KAJITANI, JR. |
| v. | |
| JOHNNY KAJITANI, JR., | COURT: Hon. Dale A. Drozd |
| Defendant. | |

WHEREAS, the discovery in this case is voluminous and contains a large amount of personal and confidential information including but not limited to dates of birth, telephone numbers, residential addresses, and social security numbers ("Protected Information"); and

WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the unauthorized disclosure or dissemination of this information to anyone not a party to the court proceedings in this matter;

The parties agree that entry of a stipulated protective order is appropriate.

THEREFORE, Defendant JOHNNY KAJITANI, JR., by and through his counsel of record ("Defense Counsel"), and the United States of America, by and through Assistant United States Attorney Laura D. Withers, hereby agree and stipulate as follows:

1. This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of Criminal Procedure, and its general supervisory authority.

2. This Order pertains to all discovery provided to or made available to Defense Counsel as

PROTECTIVE ORDER 1

part of discovery in this case (hereafter, collectively known as "the discovery").

3. By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff. Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff. The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery. The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which Protected Information has been redacted.

4. The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose. The discovery is now and will forever remain the property of the United States of America ("Government"). Defense Counsel will return the discovery to the Government or certify that it has been shredded at the conclusion of the case.

5. Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6. Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7. In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: August 20, 2018 | MCGREGOR W. SCOTT<br>United States Attorney |
| 3 | | |
| 4 | | By:  /s/Laura D. Withers<br>     LAURA D. WITHERS |
| 5 | | Assistant United States Attorney |
| 6 | | |
| 7 | Dated:  August 20, 2018 | By:  /s/Gary Huss<br>     GARY HUSS |
| 8 | | Attorney for Defendant<br>JOHNNY KAJITANI, JR. |

**ORDER**

IT IS SO ORDERED.

Dated: __August 27, 2018__          /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE