# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHNNY KAJITANI,<br><br>  Defendant. | Case No. 1:18-cr-00120-DAD-BAM<br><br>ORDER DENYING DEFENDANT'S MOTION FOR BAIL REVIEW AND VACATING NOVEMBER 7, 2018 HEARING<br><br>(ECF No. 34) |

Currently before the Court is Defendant Johnny Kajitani, Jr.'s motion for bail review. (ECF No. 34.)

## I.

## RELEVANT BACKGROUND

On May 31, 2018, the Government filed an indictment against Defendant for violations of 18 U.S.C. § 1029(a)(2), Use of Unauthorized Access Devices (Four Counts); 18 U.S.C. § 1028A(a)(l), Aggravated Identity Theft (Two Counts); 18 U.S.C. § 1344 Bank Fraud (Two Counts); and 18 U.S.C. §§ 981(a)(l)(C), 982(a)(2), and 1029(c)(1)(C), Criminal Forfeiture. (ECF No. 1.) Defendant appeared on June 1, 2018, and was released on bail. (ECF Nos. 4, 6.) On June 6, 2018, a bail review hearing was held and the Court expressed serious concerns regarding Defendant's lack of compliance since he was released from custody. (ECF No. 11.) Defendant's conditions of release were revoked and he was remanded to custody. (ECF Nos. 11,

12.)

On July 2, 0218, Defendant filed a motion for bail review. (ECF No. 22.) The Government filed an opposition on July 6, 2018. (ECF No. 23.) A hearing was held on July 9, 2018, which was continued for Defendant to be interviewed by Pretrial Services. (ECF No. 24.) On July 18, 2018, a hearing was held during which the undersigned denied the motion for bail review. (ECF Nos. 25, 26.)

On October 30, 2018, Defendant Johnny Kajitani, Jr. filed a second motion for bail review based on three letters that were not previously considered by the Court.

## II.

## DISCUSSION

Defendant seeks for the Court to order his release on bail and includes three letters that he wrote to the Court stating that he has three wonderful children and being in custody has made him realize he needs help with his addiction. A bail review "hearing may be reopened, before or after a determination by the judicial officer, at any time before trial if the judicial officer finds that information exists that was not known to the movant at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of such person as required and the safety of any other person and the community." 18 U.S.C. § 3142(f)(2)(B).

Here, Defendant seeks reinstatement of the prior conditions of release and states that he missed his appointment with Pretrial Service due to a miscommunication and misunderstanding. (ECF No. 34 at 1-2.) This is the same information that was provided in the previous motion for bail review and was considered in denying the July 2, 2018 motion for bail review. (ECF No. 22 at 6.) Defendant also includes three letters to the Court in which he states that he has three wonderful children and being in custody has allowed him to reflect on his life and he wants to get a job and enjoy his children. This information does not constitute new information or changed circumstances that would justify reopening the detention hearing under 18 U.S.C. § 3142(f)(2)(B). This is not information that was previously unavailable to Defendant and, while his desire to spend time with his children is laudable, it does not assure the Court that Defendant

would not violate his conditions of confinement were he to be released.

Therefore, the Court concludes that there are no conditions of confinement that will reasonably insure that Defendant would appear at future court dates were he to be released from custody. Defendant continues to be a flight risk and a danger to the community. Moreover, because there have been no changed circumstances that warrant further review, the Court finds no cause to reopen Defendant Kajitani's detention hearing, and vacates the November 7, 2018 hearing.

Defendant's motion for bail review is DENIED; and the November 7, 2018 hearing is VACATED. The Defendant remains detained as a flight risk and a danger to the community.

IT IS SO ORDERED.

Dated: **October 31, 2018**

UNITED STATES MAGISTRATE JUDGE